# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

January 7, 2022

<u>Via ECF</u>                                        MEMORANDUM ENDORSED

Honorable Gabriel W. Gorenstein,
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

        Re: *E.H.1 v. New York City Dep't of Educ.*, 20-CV-507 (JPO)(GWG)

Dear Judge Gorenstein,

      I represent the Plaintiff in the above-referenced matter. I submit this status letter jointly with Defendants' counsel.

      We are pleased to report we achieved a settlement in principle today including services and attorney's fees, but have not yet drafted the stipulation, which is a bit more complicated due to the fact that E.H. is also a plaintiff in a class action lawsuit.

      We understand that the Court advised that there would be no further extensions, but we are hoping that Your Honor would reconsider and give one further extension of one week – until Friday, January 14, 2022, to afford the parties time to submit a stipulation to the Court for the Court's endorsement.

      Thank you for Your Honor's attention to this matter and your patience with the parties.

                                                        Respectfully Submitted,

                                                        */s/ Elisa Hyman*
                                                        _____
                                                        Elisa Hyman, Esq.
                                                        Counsel for Plaintiffs

cc: Andrew Rauchberg, Esq., Counsel for Defendants, via ECF

1115 BROADWAY, 12TH FL.                                                        42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010                                                              NEW YORK, NY 10010
WWW.SPECIALEDLAWYER.COM

Denied as moot. See date in docket # 58.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

January 10, 2022